# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| COLLEEN DELUCA, | : | No. 3:19cv1661 |
| --- | --- | --- |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| PROGRESSIVE ADVANCED | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 6th day of November 2019, Defendant Progressive Advanced Insurance Company's motion to dismiss (Doc. 3) is hereby **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**